# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Inventergy LBS LLC, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. | 5:18-CV-00064-JGB(KKx) |
| GPS Monitoring Solutions Inc., | **ORDER TO TRANSFER PATENT CASE TO THE PATENT PILOT PROGRAM** |
| DEFENDANT(S). | |

IT IS HEREBY ORDERED that the above-entitled case be transferred to the Patent Pilot Program pursuant to General Order 11-11 for all further proceedings.

January 12, 2018
Date

United States District Judge / Magistrate Judge

---

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge  S. James Otero  for all further proceedings. On all documents subsequently filed in this case, please substitute the initials  SJO (KKx)  after the case number, so that the case number will read  5:18-CV-00064-SJO (KKx) . This is very important because documents are routed to the assigned judge by means of these initials.

cc: ☑ *Previous Judge*