J. Curtis Edmondson (CA SBN 236105)
Kiren U. Rockenstein (CA SBN 312301)
Law Offices of J. Curtis Edmondson
3699 NE John Olsen Ave.
Hillsboro, OR 97124
Phone: (503)-336-3749
Fax: (503)-482-7418
Email: jcedmondson@edmolaw.com
Email: kirenr@edmolaw.com

*Attorneys for Plaintiff*
*Inventergy LBS LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVENTERGY LBS LLC, a Delaware Limited Liability Company,<br><br>           Plaintiff,<br><br>v.<br><br>GPS MONITORING SOLUTIONS INC., a California company.<br><br>           Defendants. | Case No. 5:18-cv-00064-SJO-KK<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1(a) and LCR 7.1, Plaintiff Inventergy Lbs, LLC, LLC, through counsel, provides the following Corporate Disclosure Statement:

(1) Inventergy Innovations, LLC is the parent company of Inventergy Lbs, LLC.

(2) Global Trek Explorations, a publically held corporation, has an interest in Plaintiff Inventergy Lbs, LLC.

Dated: January 18, 2018

/s/ J. Curtis Edmondson
J. Curtis Edmondson
Attorney for Plaintiff Inventergy Lbs, LLC