J. Curtis Edmondson (CA SBN # 236105)
Kiren U. Rockenstein (CA SBN #312301)
Law Offices of J. Curtis Edmondson
3699 NE John Olsen Ave.
Hillsboro, OR 97124
Phone: (503)-336-3749
Fax: (503)-482-7418
Email: jcedmondson@edmolaw.com
Email: kirenr@edmolaw.com

*Attorneys for Plaintiff*
*Inventergy LBS LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVENTERGY LBS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br>v.<br><br>GPS MONITORING SOLUTIONS INC., a California company.<br><br>Defendant. | Case No.  5:18-cv-00064-SJO-KK<br><br>NOTICE OF DISMISSAL PURSUANT TO FRCP R41(a)(1)(A)(i) and FRCP R41(a)(1)(B) |

Pursuant to FRCP 41(a)(1)(A)(i) and FRCP 41(a)(1)(B), Plaintiff Inventergy LBS LLC hereby dismisses this case without prejudice against GPS Monitoring Solutions Inc.

| | |
|---|---|
| DATE:  April 19, 2018 | Respectfully Submitted,<br>/s/ *J. Curtis Edmondson*<br>J. Curtis Edmondson<br>*Counsel for Plaintiff*<br>*Inventergy LBS LLC* |

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(I) AND FRCP 41(A)(1)(B)**