AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **CENTRAL DISTRICT of CALIFORNIA** on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>GPX 1.005 | DATE FILED<br>1/11/2018 | U.S. DISTRICT COURT<br>CENTRAL DISTRICT of CALIFORNIA |
|---|---|---|
| PLAINTIFF<br>5:18-cv-00064-SJO-KK<br>INVENTERGY LBS LLC, a Delaware Limited Liability Company | | DEFENDANT<br>GPS MONITORING SOLUTIONS INC., a California company |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 9,219,978 | 12/22/2015 | INVENTERGY LBS LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Plaintiffs notice of voluntary dismissal |

| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>L Chai | DATE<br>4/20/18 |
|---|---|---|

X

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

J. Curtis Edmondson (CA SBN # 236105)
Kiren U. Rockenstein (CA SBN #312301)
Law Offices of J. Curtis Edmondson
3699 NE John Olsen Ave.
Hillsboro, OR 97124
Phone: (503)-336-3749
Fax: (503)-482-7418
Email: jcedmondson@edmolaw.com
Email: kirenr@edmolaw.com

*Attorneys for Plaintiff*
*Inventergy LBS LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVENTERGY LBS LLC, a Delaware Limited Liability Company,<br><br>           Plaintiff,<br>v.<br><br>GPS MONITORING SOLUTIONS INC., a California company.<br><br>           Defendant. | Case No.  5:18-cv-00064-SJO-KK<br><br>NOTICE OF DISMISSAL PURSUANT TO FRCP R41(a)(1)(A)(i) and FRCP R41(a)(1)(B) |

     Pursuant to FRCP 41(a)(1)(A)(i) and FRCP 41(a)(1)(B), Plaintiff Inventergy LBS LLC hereby dismisses this case without prejudice against GPS Monitoring Solutions Inc.

DATE:  April 19, 2018

Respectfully Submitted,
/s/ *J. Curtis Edmondson*
J. Curtis Edmondson
*Counsel for Plaintiff*
*Inventergy LBS LLC*

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(I) AND FRCP 41(A)(1)(B)**